UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:   Thomas J. Carlson )<br>Pauline J. Carlson )<br>Debtor ) | Bk. No. 12-13637-BAH<br>Chapter 7 |

## ORDER

After hearing on the Trustee's Motion Under Section 363(b) of Intent to Sell Property (Powered Parachute with a Rotax engine, "Blue Heron Marathon" with trailer and three tracts of real estate)

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the Trustee's Motion Under Section 363(b) of Intent to Sell Property (Powered Parachute with a Rotax engine, "Blue Heron Marathon" with trailer) to Harry Short, of 412 59th Street, West Duluth, Minnesota 55807 for the sum of $9,500.00 is hereby granted.

2. That the payment of the fee for the required paperwork and for the expenses associated with making delivery of the plane to the buyer to Carroll Werren is approved and authorized to be paid immediately in the amount of $950.00.

3. That the payment of the 5% commission to Carroll Werren is approved and is authorized to be paid immediately in the amount of $950.00.

4. That the trustee is authorized to prepare any paperwork necessary for the sale of the Powered Parachute with trailer to the buyer.

5. The Court further, pursuant to Rule 6004(h), waives the 14 day stay period.

So ordered.

Dated: _____         _____
                                       Bankruptcy Judge